# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **AKC ENTERPRISES, INC.,** | ) | Case No.: 18-40472-659 |
| | ) | Honorable Kathy A. Suratt-States |
| | ) | Chapter 11 |
| **Debtor.** | ) | |
| | ) | |

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING STATEMENT OF OPERATIONS

Pursuant to Section 1116(1) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, AKC Enterprises, Inc., states that no statement of operations has been prepared.

AKC ENTERPRISES, INC.

By: /s/ *David Campbell*
    David Campbell, President

Respectfully submitted,

CARMODY MACDONALD PC

By: /s/ *Thomas H. Riske*
    THOMAS H. RISKE (#61838MO)
    120 South Central, Suite 1800
    St. Louis, Missouri  63105
    (314) 854-8600
    Fax No. (314) 854-8660
    thr@carmodymacdonald.com

ATTORNEY FOR DEBTOR

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 30th day of January, 2018, that a true and correct copy of the above and foregoing pleading was served by electronic filing in the CM/ECF system of the United States Bankruptcy Court for the Eastern District of Missouri which will send notification of such filing to the following registered parties in interest:

Office of the U.S. Trustee, USTPRegion13.SL.ECF@USDOJ.gov

/s/ *Thomas H. Riske*